IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Lois Montgomery, individually, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>Blue Cross Blue Shield of Illinois,<br><br>      Defendant. | Case No. 1:23-cv-15486 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lois Montgomery hereby dismisses without prejudice this action against Defendant Blue Cross Blue Shield of Illinois.

Dated: November 15, 2023

Respectfully Submitted,

/s/ *Nickolas J. Hagman*
Daniel O. Herrera
Nickolas J. Hagman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Nickolas J. Hagman, certify that the foregoing *Notice of Voluntary Dismissal* was provided on this 15th day of November, 2023, via the Court's CM/ECF system, providing notification to all parties of record.

/s/ *Nickolas J. Hagman*
Nickolas J. Hagman